**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CELESTE MONTANEZ,**<br><br>Plaintiff,<br><br>vs.<br><br>**A PEGASUS LIMOUSINE CORP., dba A BETTER LIMO SERVICE LLC, JOHN LENTZIS, individually, and IOANNIS LENTZIS, individually**<br><br>Defendants. | **Civil Action No.: 2:19-cv-04461-KSH-CLW**<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a), the Parties to this matter, through their attorneys, stipulate and agree that the instant action, shall be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Court shall retain jurisdiction of this matter for sixty (60) days to enforce the terms of the parties' settlement agreement, if needed.

For the Plaintiff

Dated: August 19, 2019

/s Andrew I. Glenn
Andrew I. Glenn, Esquire
Email: aglenn@jaffeglenn.com
New Jersey Bar No.: 026491992
Jodi J. Jaffe, Esquire
Email: jjaffe@jaffeglenn.com
New Jersey Bar No.: 022351993
**JAFFE GLENN LAW GROUP, P.A.**
301 N. Harrison Street. Suite 9F, #306
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
*Attorneys for Plaintiff*

For the Defendant

Dated: August 19, 2019

/s Michael Grosso,
Michael Grosso, Esq.
LITTLER MENDELSON
One Newark Center
1085 Raymond Blvd., 8th Floor
Newark, New Jersey 07102
Telephone: (973) 848-4700
Facsimile: (973) 643-5626

**IT IS SO ORDERED:**

DATED: 8/20/2019

Honorable ~~Cathy L. Waldor, U.S.M.J.~~
Katharine S. Hayden, U.S.D.J.